E-FILED
Tuesday, 21 March, 2006 03:06:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06-40046 |
| | ) | |
| v. | ) | VIO: Title 18, United States Code, |
| | ) | Section 13; 720 ILCS 600/3.5 |
| CATHY B. SNYDER | ) | 625 ILCS 5/11-502 |
| | ) | |
| Defendant, | ) | |

INFORMATION

**FILED**

THE UNITED STATES ATTORNEY CHARGES:

MAR 2 1 2006

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

COUNT I

On or about February 26, 2006, in the Central District of Illinois, the defendant,

**CATHY B. SNYDER**

while upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, knowingly possessed items of drug paraphernalia, specifically a metal "nut remover", a quantity of metallic fibers used as a filter, and a glass tube with burn marks on the end used with the intent of ingesting, inhaling, or otherwise introducing a controlled substance into the human body, in violation of Illinois Compiled Statutes, Chapter 720, Section 600/3.5 and in violation of Title 18, United States Code, Section 13.

## COUNT II

On or about February 26, 2006, in the Central District of Illinois, the defendant,

**CATHY B. SNYDER**

was a passenger in a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, and was found to be in physical possession of an open container of an alcoholic liquor in the passenger area, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/11-502 (b) and in violation of Title 18, United States Code, Section 13.

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    /S/ Mary L. Fuhr
MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal
Rock Island, IL 61299-5000
Telephone: 309/782-8443