IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

United States of America,     (
Plaintiff,                    (
                              (
                              (    Case Number: 06-40046
vs.                           (
                              (
Cathy Snyder,                 (    FILED
Defendant.                    (
                                   APR 19 2006

                                   JOHN M. WATERS, Clerk
                                   U.S. DISTRICT COURT
ORDER OF COURT SUPERVISION         CENTRAL DISTRICT OF ILLINOIS

Defendant __Cathy Snyder__ having personally appeared in Court and ~~was~~ / was not represented by counsel; having waived a trial; and plead guilty to the offense of __Poss. of Drug Para plernl?__

THE COURT HEREBY ORDERS THAT further proceedings be deferred for a period of __12__ months and said Defendant be placed on court supervision for __12__ months with the following mandatory conditions:

(1) The Defendant shall not violate any Federal or criminal statute or ordinance of any jurisdiction;

(2) The Defendant shall pay a fine in the sum of $__0__ and said fine is to be paid in full on or before _____;

(3) The Defendant shall keep the Clerk of the Court aware of the Defendant's current address;

(4) The Defendant shall refrain from any use of alcohol and any use of illegal drugs during the term of her court supervision

(5) The Defendant shall forward a report from Vera French to the government indicating that she has complied with para. 4 above.

(6)

(7)

If the court determines that the Defendant has successfully complied with all of the conditions of the instant order of Court Supervision, the Court shall discharge the Defendant and enter an Order dismissing the charge. This dismissal shall be without an adjudication of guilt and shall not be deemed or termed a conviction.

DATED:

S/John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE

The Defendant acknowledges receipt of a copy of this Order and further acknowledges that failure to follow any of the conditions could result in a revocation of this Order, judgment of guilt and conviction being entered and a new sentence with additional penalties imposed.

Cathy Snyder
Name

Address  Dav. IA
52804